# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ARLENE GRUDKOWSKI, Individually and on behalf of a Class of Similarly Situated Persons,<br><br>Plaintiff,<br><br>v.<br><br>FOREMOST INSURANCE COMPANY,<br><br>Defendant. | CIVIL ACTION NO. 3:CV-12-1847<br><br>(JUDGE CAPUTO) |

## **ORDER**

**NOW**, this 25th day of September, 2012, **IT IS HEREBY ORDERED** that removing Defendant Foremost Insurance Company is given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order. If Defendant fails to do so, the action will be remanded to the Court of Common Pleas of Luzerne County, Pennsylvania.

/s/ A. Richard Caputo
A. Richard Caputo
United States District Judge