**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ARLENE GRUDKOWSKI, Individually and on behalf of a Class of Similarly Situated Persons, | CIVIL ACTION NO. 3:CV-12-1847 |
| Plaintiff, | (JUDGE CAPUTO) |
| v. | |
| FOREMOST INSURANCE COMPANY, | |
| Defendant. | |

## ORDER

**NOW**, this 25th day of September, 2012, **IT IS HEREBY ORDERED** that removing Defendant Foremost Insurance Company is given leave to file an amended notice of removal within **twenty-one (21) days** from the date of entry of this Order. If Defendant fails to do so, the action will be remanded to the Court of Common Pleas of Luzerne County, Pennsylvania.

                                                     /s/ A. Richard Caputo
                                                     A. Richard Caputo
                                                     United States District Judge