**IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

ARLENE GRUDKOWSKI, Individually and on behalf of a Class of Similarly Situated Persons,

    Plaintiff,

v.

FOREMOST INSURANCE COMPANY,

    Defendant.

CIVIL ACTION NO. 3:CV-12-1847

(JUDGE CAPUTO)

## ORDER

**NOW**, this 5th day of March, 2013, **IT IS HEREBY ORDERED** that:

(1) Defendant Foremost Insurance Company's Motion to Dismiss the First Amended Class Action Complaint (Doc. 17) is **GRANTED**.

(2) The First Amended Class Action Complaint (Doc. 16) is **DISMISSED with prejudice**.

(3) The Clerk of Court is directed to mark the case as **CLOSED**.

                                                /s/ A. Richard Caputo
                                                A. Richard Caputo
                                                United States District Judge